JS - 6

O

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | | |
|---|---|---|
| EDGAR NAVASARDYAN, | ) | No. CV 12-10125-JGB (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| THE HONORABLE JANICE CROFT, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the Magistrate Judge's Report and Recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 10/22/13

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE